**Order entered January 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01423-CR

**JAMES RAMSEY MITCHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-52061-T**

## ORDER

The record reflects that seven CD exhibits were admitted into evidence, but were not included in the reporter's record that was filed. Accordingly, the Court **ORDERS** court reporter Bridget Barnhill to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1, 5, 21, 31, 61, 79, and 80, CDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Bridget Barnhill, official court reporter, 283rd Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE